# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KRIS ROENA BROWN,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 2:16-cv-13003
Hon. Matthew F. Leitman

## **ORDER ON JOINT MOTION TO EXTEND DISCOVERY DEADLINES**

The Court, having reviewed the parties' joint motion to extend discovery deadlines and, having considered the grounds therein, does hereby find good cause exists to grant the parties' motion and modify this Court's Scheduling Order dated November 16, 2016 (Dkt. 15), as follows:

WHEREAS, the parties have stipulated to the following extension of the discovery cutoff deadline and, in keeping with the Court's order, this extension does not affect the motion cutoff, final pretrial conference, or trial dates;

WHEREFORE, be it known that this Court orders that the Scheduling Order dated November 16, 2016 (Dkt. 15) is modified as follows:

| Event | Original Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Cutoff | March 31, 2017 | May 31, 2017 |
| Rule 26(a)(2) Proponent Expert Disclosures | March 31, 2017 | May 31, 2017 |
| Rule 26(a)(2) Rebuttal Expert Disclosures | April 28, 2017 | June 30, 2017 |
| Expert Discovery Cutoff | May 31, 2017 | June 30, 2017 |

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 20, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 20, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113